ACCEPTED
04-14-00824-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/2/2015 2:34:31 PM
KEITH HOTTLE
CLERK

## CAROLE KING BOYD

ATTORNEY AT LAW
15751 HIGHWAY 16 NORTH
MEDINA, TEXAS 78055
TEL: (830) 589-7587
FAX: (830) 589-7598

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/2/2015 2:34:31 PM

KEITH E. HOTTLE
Clerk

March 2, 2015

Court of Appeal
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
Attention: Keith E. Hottle, Clerk

Re: Court of Appeals Numbers: 04-15-0006-CV
04-14-00824-CV
Trial Court Case No.: CV-13-0200356
Style: Robert Tyson et als. v. Robert N. Freeman II et als.

Dear Mr. Hottle:

I was informed by the court that a second appeal needed to be filed and fee paid since the individual defendants in the underlying case were all severed from the suit. The three defendants are all agents of the corporate defendant in the district court case, and were severed by the court, not because they required a separate litigation independent from the main case, but solely to make the judgments final for appeal purposes. My initial appeal encompassed all three defendants. I cannot determine what the second appeal would achieve or which defendants it would include, nor has the court been able to give me this information. These defendants are not autonomous or unrelated. They all worked together and all of the same facts and circumstances apply to each of them. Boren and Yeates were agents of the corporation, taking direction from Freeman, the manager. There would be no benefit to two separate appeals and additionally, it would work a financial hardship on Appellants.

My motion for consolidation filed January 8th has had no disposition, yet I received an Order stating that the fee for the second appeal is due today. Please extend the time for payment until it is known whether a second appeal is called for and my motion is decided. In the alternative, if I do not hear back from the court today, I will send my check to the court for payment of the fee which I ask be held until disposition of my motion.

I would very much appreciate the Court's consideration in this matter, as the appeal is being handled by me without charge to my clients. Even for them to pay an additional appeals fee is a hardship for them.

Thank you for your kind attention to this matter.

Very truly yours,

Carole K. Boyd

CKB:hs
Cc:  C. Dixon Mosty via e-filing
     Stephen Schulte via e-filing